No. 03–5754. ERWIN v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Guilford County, N. C. Certiorari denied.

No. 03–5755. WARICK v. PARKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–5760. WINN v. LANDMARK COMMUNICATIONS, INC. Sup. Ct. Va. Certiorari denied.

No. 03–5763. CADY v. CITY OF CHICAGO, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–5766. DUC CANH PHAN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5767. NAVARRO DIAZ v. HALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5770. CLARK v. DAVIS, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 03–5772. DANIEL v. SANDOVAL, ATTORNEY GENERAL OF NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5775. COLE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–5776. CLEMONS v. MCADORY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–5777. COCHELL v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5778. EVANS v. PLILER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5782. BYNUM v. ATLANTA MEDICAL RESEARCH ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–5789. RAWLS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.